No. 04–7744. HOWARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7745. HYLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–7751. ROSS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7761. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7773. DE AZA-PAEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–7776. AJAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7777. STAFFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7778. BUENO-VARGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7786. ELIZALDE-CASARES *v.* UNITED STATES (Reported below: 111 Fed. Appx. 340); PEQUE-PEREZ *v.* UNITED STATES (112 Fed. Appx. 350); REYES-MANCIAS *v.* UNITED STATES (110 Fed. Appx. 447); REYES-PASCUAL *v.* UNITED STATES (110 Fed. Appx. 444); SIERRA-MADRIGAL *v.* UNITED STATES (110 Fed. Appx. 452); DIAZ-SANCHEZ *v.* UNITED STATES (110 Fed. Appx. 444); GARCIA-LOPEZ *v.* UNITED STATES (110 Fed. Appx. 436); COBOS-PEREZ *v.* UNITED STATES (110 Fed. Appx. 435); GOMEZ-DELGADO *v.* UNITED STATES (110 Fed. Appx. 443); HERRERA-BARAJAS *v.* UNITED STATES (111 Fed. Appx. 327); JIMENEZ LOPEZ *v.* UNITED STATES (111 Fed. Appx. 747); QUIRINO *v.* UNITED STATES (111 Fed. Appx. 338); RODRIGUEZ-MEDINA *v.* UNITED STATES (110 Fed. Appx. 441); OLALDE-SERNA *v.* UNITED STATES (110 Fed. Appx. 448); SANTOS-HERNANDEZ *v.* UNITED STATES (111 Fed. Appx. 339); HERNANDEZ RIVERA *v.* UNITED STATES (110 Fed. Appx. 420); GOMEZ-VARGAS *v.* UNITED STATES (111 Fed. Appx. 741); and ESTRADA-RODRIGUEZ *v.* UNITED STATES (113 Fed. Appx. 1). C. A. 5th Cir. Certiorari denied.

No. 04–7791. SANDRIDGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.